UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 99-41104

FELECHIA JONES; MARY WELLS; NATALIE ARLINE; BEVERLY COOPER,

Plaintiffs-Appellants,

v.

KINSEL MOTORS, INC.,

Defendant-Appellee.

Appeal From the United States District Court
For the Eastern District of Texas
98-CV-1925

September 11, 2000

Before WOOD[*], DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[**]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]Circuit Judge of the Seventh Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.